United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CEDRIC GREENE, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:26-CV-2769 |
| | § | |
| ST. VINCENT DE PAUL— | § | |
| CARDINAL MANNING CENTER, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On May 6, 2026, this case was referred to United States Magistrate Judge Richard W. Bennett for all pretrial purposes. (Dkt. 8). Judge Bennett filed a Memorandum and Recommendation on May 8, 2026, recommending that Plaintiff's Petition for Relief and Leave to Proceed (Dkt. 1) be **DENIED**; that Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. 2) be **DENIED**; that Plaintiff's claims be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and that all other pending motions be **DENIED** as moot. (Dkt. 9). On June 1, 2026, Plaintiff filed his objections. (Dkt. 10).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3). The Court has carefully considered Plaintiff's objections; the

Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Bennett's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1)  Judge Bennett's Memorandum and Recommendation (Dkt. 9) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)  Plaintiff's Petition for Relief and Leave to Proceed (Dkt. 1) is **DENIED**;

(3)  Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. 2) is **DENIED**;

(4)  Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and

(5)  All other pending motions are **DENIED** as moot.

It is so **ORDERED**.

SIGNED at Houston, Texas on June 3, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2